**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Robert T. McSweeny** | : | **Case No.: 19-24867** |
| **Kristen A. McSweeny** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                             Respectfully submitted,

                                                                             /s/ Karina Velter
                                                                             Karina Velter, Esquire (94781)
                                                                             Adam B. Hall (323867)
                                                                             Sarah E. Barngrover (323972)
                                                                             Edward H. Cahill (0088985)
                                                                             Manley Deas Kochalski LLC
                                                                             P.O. Box 165028
                                                                             Columbus, OH  43216-5028
                                                                             Telephone: 614-220-5611
                                                                             Fax: 614-627-8181
                                                                             Attorneys for Creditor
                                                                             The case attorney for this file is Karina Velter.
                                                                             Contact email is kvelter@manleydeas.com

20-004156_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Robert T. McSweeny** | : | **Case No.: 19-24867** |
| **Kristen A. McSweeny** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 6, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Christopher M. Frye, Attorney for Robert T. McSweeny and Kristen A. McSweeny, chris.frye@steidl-steinberg.com

Service by First-Class Mail:
Robert T. McSweeny and Kristen A. McSweeny, 215 Partridge Run Road, Gibsonia, PA 15044


EXECUTED ON: February 6, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-004156_PS