IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Robert T. McSweeny ) | Case No. 19-24867 CMB |
| Kristen A. McSweeny, ) | Chapter 13 |
| Debtor(s) ) | |
| ) | Related to: Document No. 27 |
| ) | |
| Robert T. McSweeny, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 2721 ) | |
| ) | |
| vs. ) | |
| ) | |
| Port Authority of Allegheny Co. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

**CONSENT ORDER TO SUSPEND WAGE ATTACHMENT**

AND NOW, to wit, this ___7th___ day of ___April___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Husband Debtor is permitted to suspend his wage attachment for the period of ninety-days (i.e. six payroll periods). During the six payroll periods immediately following this Order, the Husband Debtor's, employer, Port Authority of Allegheny Co., is to remit no funds to the Chapter 13 Trustee on behalf of the Debtor;

2) The employer, Port Authority of Allegheny Co., is to restart payroll deductions to the Chapter 13 Trustee after the suspension of six payroll attachments has concluded. It is the Husband Debtor's responsibility to ensure that the wage attachment resumes in a timely manner;

3) This wage attachment is being suspended due to the COVID-19 crisis;

4) The Debtors are aware that they will be required to make up any payments that have been missed within the remaining months of the case and that the unsecured creditors cannot be reduced to allow for the payments to be caught up.

Consented to by:

/s/ Kate DeSimone                                    /s/ Christopher M. Frye
Kate DeSimone, Esquire                          Christopher M. Frye, Esquire
Office of the Chapter 13 Trustee              Counsel for the Debtors

FILED
4/7/20 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert T. McSweeny
Kristen A. McSweeny
    Debtors

Case No. 19-24867-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr    Page 1 of 1    Date Rcvd: Apr 07, 2020
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db          +Robert T. McSweeny,   215 Partridge Run Road,   Gibsonia, PA 15044-7925
              +Port Authority of Allegheny Co.,   Attn: Payroll,   345 Sixth Ave,   Pittsburgh, PA 15222-2541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
         Christopher M. Frye    on behalf of Joint Debtor Kristen A. McSweeny
          chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Christopher M. Frye    on behalf of Debtor Robert T. McSweeny chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         James    Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
         Karina    Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                        TOTAL: 8