IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert T. McSweeny | ) | Case No. 19-24867 CMB |
| Kristen A. McSweeny, | ) | Chapter 13 |
|     Debtor(s) | ) | Related to Docket No. 36 |
| | ) | |
| | ) | |
| Robert T. McSweeny, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 2721 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Port Authority of Allegheny Co. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 3, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| Port Authority of Allegheny Co. | Robert T. McSweeny |
| Attn: Payroll | 215 Partridge Run Road |
| 345 Sixth Avenue | Gibsonia, PA 15044 |
| Pittsburgh, PA 15222-2527 | |
| | |
| Date of Service: August 3, 2020 | /s/ Christopher M. Frye |
| | Christopher M. Frye, Esquire |
| | Attorney for the Debtor |
| | |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | Chris.frye@steidl-steinberg.com |
| | PA I.D. No. 208402 |