IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-24867 CMB |
| | ) | Chapter 13 |
| Robert T. McSweeny | ) | |
| Kristen A. McSweeny, | ) | Related to:  Document No. 39 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Robert T. McSweeny | ) | |
| Kristen A. McSweeny, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondents* | ) | |

## CONSENT ORDER APPROVING POSTPETITION FINANCING

AND NOW, to wit, this ___14th___ day of ___September___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. Debtor Wife is disabled, and suffers from a respiratory condition associated with rheumatoid arthritis.  She has been advised by her physician to obtain a better air filtration system for her home.

2. Debtors' present furnace and air conditioning system is antiquated and cannot be upgraded due to the unavailability of necessary parts.

3. The Debtors are approved to obtain a loan for no more than $10,000.00 to pay for the purchase and installment of a new home furnace and air conditioning system for their residence;

4. Within 15 days of the financing:
    a. The Debtors will file a report of financing;
    b. The Debtors do not have prearranged financing.  The Debtors will file an adequate protection order providing for the expedient start of payments for the new loan which will authorize the Chapter 13 Trustee to begin the distribution of adequate protection payments by the Trustee during the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan;

    c.   The Debtors shall file an amended Chapter 13 Plan, which includes the loan, within 10 days after closing on the loan;

5. To ensure the prompt and timely payment of the loan, the Debtor shall make a supplemental payment to the Chapter 13 Trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan. The Debtor will also file an amended wage attachment to provide for any increase in the monthly mortgage payment.

FILED
9/14/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

/s/ Kare DeSimone
Kate DeSimone
Office of the Chapter 13 Trustee

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert T. McSweeny  
Kristen A. McSweeny  
     Debtors

Case No. 19-24867-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Sep 14, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.  
db/jdb      +Robert T. McSweeny,    Kristen A. McSweeny,    215 Partridge Run Road,    Gibsonia, PA 15044-7925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:

      Christopher M. Frye    on behalf of Joint Debtor Kristen A. McSweeny  
        chris.frye@steidl-steinberg.com,  
        julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
      Christopher M. Frye    on behalf of Debtor Robert T. McSweeny chris.frye@steidl-steinberg.com,  
        julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
      James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
      Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
        jbluemle@bernsteinlaw.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                TOTAL: 8