UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kristen  Mcsweeny                              CHAPTER: 13
215 Partridge RUN RD                           CASE NUMBER: 19-24867
Gibsonia, PA 15044                             CLAIM AMOUNT: $192.39


Debtors.
_____


## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 2/25/2020, in the amount of $192.39.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 6th day of June, 2024.

                                                Jefferson Capital Systems LLC

                                                By: /s/ Rhonda Pratt
                                                Rhonda Pratt   Bankruptcy Specialist

                                                Jefferson Capital Systems, LLC
                                                200 14th Avenue E
                                                Sartell, MN 56377
                                                (800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                               Kristen Mcsweeny
                                                  215 Partridge RUN RD
                                                  Gibsonia, PA 15044

    Debtor's Attorney:                Christopher Frye
                                                  707 Grant ST
                                                  Pittsburgh, PA 15219

    Chapter 13 Trustee:

by submitting electronically with the court.

    This 6th day of June, 2024.

                                                  Jefferson Capital Systems LLC

                                                  By: /s/ Rhonda Pratt
                                                  Rhonda Pratt   Bankruptcy Specialist

                                                  Jefferson Capital Systems, LLC
                                                  200 14th Avenue E
                                                  Sartell, MN 56377
                                                  (800) 928-7314