

# United States Bankruptcy Court

## Western District of Pennsylvania

In re:  Robert T McSweeny and Kristen A McSweeny, Debtors                    Case No. 19-24867-CMB

Chapter 13

### Withdrawal of Claim

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 19-1 filed on February 28, 2020, for account number 6679 and in the amount of $719.88.

Respectfully submitted,

By: /s/ Caitlin Truman
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:    06/06/2024