# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

06/17/2024

IN RE:

ROBERT T. MCSWEENY
KRISTEN A. MCSWEENY
215 PARTRIDGE RUN ROAD
GIBSONIA, PA 15044
XXX-XX-2721          Debtor(s)

XXX-XX-2322

Case No. 19-24867 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 2   INT %: 6.00%<br>Court Claim Number: 13<br>CLAIM: 21,048.30<br>COMMENT: $CL13GOV@TERMS/PL*20899@CHASE@6%/PL*PIF/CR*NTC-RSV | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3503 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br><br>FT WORTH, TX  76161 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 8<br>CLAIM: 10,425.00<br>COMMENT: $CL8GOV@6%/PL*W/33 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7912 |
| **US DEPARTMENT OF HUD****++**<br>2401 NW 23RD ST STE 1A1<br><br>OKLAHOMA CITY, OK  73107 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*NOT YET DUE/CL-PL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9943 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*1177@MIDLAND MTG/PL*DKT4PMT-LMT*BGN 1/2020 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5582 |
| **AVANTE USA++**<br>2950 S GESSNER #265<br><br>HOUSTON, TX  77063 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8274 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 416.12<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7375 |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 913.08<br>COMMENT: MERRICK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0858 |
| **COMCAST++**<br>PO BOX 3001<br><br>SOUTHEASTERN, PA  19398 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3428 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 737.04<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8763 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LENDMARK FINANCIAL SERVICES LLC**<br>2118 USHER ST<br><br>COVINGTON, GA 30014 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 7,792.41<br>COMMENT: X9101/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1791 |
| **MARS DENTAL SPECIALISTS**<br>160 BRICKYARD RD<br><br>MARS, PA 16046 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0621 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2121 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 9,333.38<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6787 |
| **PAAC TRANSIT DIVISION FCU**<br>219 FORT PITT BLVD 2ND FL*<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 7,708.97<br>COMMENT: X0008/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2721 |
| **PAAC TRANSIT DIVISION FCU**<br>219 FORT PITT BLVD 2ND FL*<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 2,791.12<br>COMMENT: X0009/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2721 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 486.17<br>COMMENT: CAP 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9313 |
| **QUANTUM3 GROUP LLC AGNT - SECOND ROUN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 698.90<br>COMMENT: COMENITY/MY PLACE REWARD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5175 |
| **STRAKA AND MCQUONE**<br>1099 OHIO RIVER BLVD<br><br>SEWICKLEY, PA 15143 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3928 |
| **AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br>ATLANTA, GA 30368 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **MIDFIRST BANK SSB*** <br> ATTN BANKRUPTCY TRUSTEE PMTS* <br> 999 NW GRAND BLVD STE 100 <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 21 <br> CLAIM: 4,960.95 <br> COMMENT: 5k@MIDLAND MTG/PL*THRU 12/19 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 5582 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: MIDFIRST BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 200.00 <br> COMMENT: NT/SCH*CHP | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2322 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 222.67 <br> COMMENT: NT/SCH*CHP | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2721 |
| **QUANTUM3 GRP LLC AGNT - GALAXY INTL PUR** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 617.60 <br> COMMENT: NT/SCH*MID AMERICA/MILESTONE/GENESIS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9814 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 17 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*FINGERHUT*REF 3005416201*NO PAYMENT EVER* | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3889 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*FINGERHUT*REF 3005364405*NO PAYMENT EVER* | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2052 |
| **MANLEY DEAS KOCHALSKI LLC** <br> PO BOX 165028 <br> COLUMBUS, OH 43216-5028 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 20 <br> CLAIM: 370.96 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3472 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ 85282 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 19 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*ORCHARD BANK/HSBC*STALE CL $719.88 W/D*DOC 53 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6679 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 1,855.13<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **GRB LAW***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 655.92<br>COMMENT: NO GEN UNS/SCH*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7912 |