IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-24867-CMB |
| Robert T. McSweeny | ) | Chapter 13 |
| Kristen A. McSweeny | ) | |
| Debtor(s) | ) | Doc # 62_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Robert T. McSweeny | ) | |
| Kristen A. McSweeny | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on **March 12, 2025 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.  Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss

should file a written response on or before **March 3, 2025.**

| | |
|---|---|
| 2/13/25 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24867-CMB |
| Robert T. McSweeny | Chapter 13 |
| Kristen A. McSweeny | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert T. McSweeny, Kristen A. McSweeny, 215 Partridge Run Road, Gibsonia, PA 15044-7925 |
| 15174899 | + | Mars Dental Specialists, 160 Brickyard Road, Mars, PA 16046-3070 |
| 15178977 | + | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Floor, Pittsburgh, PA 15222-1558 |
| 15174906 | + | PAAC Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |
| 15174913 | + | Straka & McQuone Inc, 1099 Ohio river Boulevard, Sewickley, PA 15143-2081 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:18:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 19 2025 03:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15174885 | | Email/Text: paymentprocessing@avanteusa.com | Feb 19 2025 03:17:00 | AvanteUSA Ltd., 3600 South Gessner Road, Suite 225, Houston, TX 77063 |
| 15174883 | | Email/Text: bankruptcynotices@aarons.com | Feb 19 2025 03:18:00 | Aarons, Inc.*, 400 Galleria Pkwy SE STE 300, Atlanta, GA 30339-3182 |
| 15174884 | + | Email/Text: paymentprocessing@avanteusa.com | Feb 19 2025 03:17:00 | AvanteUSA Ltd., 3600 South Gessner, Houston, TX 77063-5184 |
| 15174888 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 03:29:08 | CC Holdings/CardMember Services, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 15174889 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 03:40:12 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15183610 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 19 2025 03:18:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15180990 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 03:29:23 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15174886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 03:29:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174887 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 03:51:19 | Capital One Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15176445 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 03:29:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| | | | |
|---|---|---|---|
| | | | 28272-1083 |
| 15207570 | + Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15174892 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 19 2025 03:18:00 | Chrysler Capital, Po Box 961278, Fort Worth, TX 76161-0278 |
| 15174893 | Email/Text: documentfiling@lciinc.com | Feb 19 2025 03:17:00 | Comcast Cable Communications LLC, PO Box 3001, Southeastern, PA 19398-3001 |
| 15174895 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2025 03:40:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15174894 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2025 03:29:08 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15208833 | + Email/Text: kburkley@bernsteinlaw.com | Feb 19 2025 03:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15174896 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 19 2025 03:40:27 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15204842 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15174891 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2025 03:40:28 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 15174890 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2025 03:51:15 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 15198504 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2025 03:40:34 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15174898 | Email/Text: bk@lendmarkfinancial.com | Feb 19 2025 03:17:00 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 15174897 | Email/Text: bk@lendmarkfinancial.com | Feb 19 2025 03:17:00 | Lendmark Financial Services, 2118 Usher St., Covington, GA 30014 |
| 15185758 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15210233 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 19 2025 03:40:36 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15174900 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 19 2025 03:40:18 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15174901 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 19 2025 03:29:23 | Midland Mortgage Company, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15174902 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 19 2025 03:51:18 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15174903 | + Email/PDF: bankruptcy_prod@navient.com | Feb 19 2025 03:29:26 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15174905 | + Email/PDF: cbp@omf.com | Feb 19 2025 03:40:28 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15174904 | + Email/PDF: cbp@omf.com | Feb 19 2025 03:40:33 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15174908 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:34 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15174909 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:29:54 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15183867 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:29:25 | Portfolio Recovery Associates, LLC, POB 12914, |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 50

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Norfolk, VA 23541 |
| 15198663 | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2025 03:17:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15198681 | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2025 03:17:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15174910 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 19 2025 03:18:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15174912 | + Email/Text: bankruptcy@second-round.com | Feb 19 2025 03:18:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 15174911 | + Email/Text: bankruptcy@second-round.com | Feb 19 2025 03:18:00 | Second Round, LP, 4150 Freidrich Lane, Austin, TX 78744-1052 |
| 15198260 | Email/Text: BNCnotices@dcmservices.com | Feb 19 2025 03:17:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15177248 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 19 2025 03:40:27 | U.S. Department of HUD, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 15206823 | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2025 04:01:37 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15178980 | *+ | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Floor, Pittsburgh, PA 15222-1558 |
| 15174907 | *+ | PAAC Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Joint Debtor Kristen A. McSweeny chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Feb 18, 2025                       Form ID: pdf900                                Total Noticed: 50

Christopher M. Frye
                    on behalf of Debtor Robert T. McSweeny chris.frye@steidl-steinberg.com
                    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei
                    ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
                    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
                    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com


TOTAL: 8