**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT T. MCSWEENY<br>KRISTEN A. MCSWEENY<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:19-24867<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/23/2019 and confirmed on 2/3/20. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 129,443.58 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 129,443.58 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 6,450.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,850.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 69,922.28 | 0.00 | 69,922.28 |
|     Acct: 5582 | | | | |
|   MIDFIRST BANK SSB* | 4,960.95 | 4,960.95 | 0.00 | 4,960.95 |
|     Acct: 5582 | | | | |
|   JPMORGAN CHASE BANK NA | 18,594.05 | 18,594.05 | 3,432.61 | 22,026.66 |
|     Acct: 3503 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR' | 10,425.00 | 10,425.00 | 1,659.43 | 12,084.43 |
|     Acct: 7912 | | | | |
|   US DEPARTMENT OF HUD**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9943 | | | | |
| | | | | 108,994.32 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT T. MCSWEENY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AVANTE USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8274 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 416.12 | 126.73 | 0.00 | 126.73 |
|     Acct: 7375 | | | | |
|   CW NEXUS CREDIT CARD HOLDINGS I LL | 913.08 | 278.09 | 0.00 | 278.09 |
|     Acct: 0858 | | | | |
|   COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3428 | | | | |
|   LVNV FUNDING LLC | 737.04 | 224.47 | 0.00 | 224.47 |
|     Acct: 8763 | | | | |
|   LENDMARK FINANCIAL SERVICES LLC | 7,792.41 | 2,373.26 | 0.00 | 2,373.26 |
|     Acct: 1791 | | | | |
|   MARS DENTAL SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0621 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2121 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 9,333.38 | 2,842.57 | 0.00 | 2,842.57 |
| Acct: 6787 | | | | |
| PAAC TRANSIT DIVISION FCU | 7,708.97 | 2,347.84 | 0.00 | 2,347.84 |
| Acct: 2721 | | | | |
| PAAC TRANSIT DIVISION FCU | 2,791.12 | 850.06 | 0.00 | 850.06 |
| Acct: 2721 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 486.17 | 148.07 | 0.00 | 148.07 |
| Acct: 9313 | | | | |
| QUANTUM3 GROUP LLC AGNT - SECOND | 698.90 | 212.86 | 0.00 | 212.86 |
| Acct: 5175 | | | | |
| STRAKA AND MCQUONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3928 | | | | |
| UPMC HEALTH SERVICES | 200.00 | 60.91 | 0.00 | 60.91 |
| Acct: 2322 | | | | |
| UPMC HEALTH SERVICES | 222.67 | 67.82 | 0.00 | 67.82 |
| Acct: 2721 | | | | |
| QUANTUM3 GRP LLC AGNT - GALAXY INT | 617.60 | 188.10 | 0.00 | 188.10 |
| Acct: 9814 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3889 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2052 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 370.96 | 112.98 | 0.00 | 112.98 |
| Acct: 3472 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6679 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,855.13 | 565.00 | 0.00 | 565.00 |
| Acct: 0001 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 655.92 | 199.77 | 0.00 | 199.77 |
| Acct: 7912 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AARONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,598.53 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 119,592.85 |

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 33,980.00 |
| UNSECURED | 34,799.47 |

Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ROBERT T. MCSWEENY
   KRISTEN A. MCSWEENY
        Debtor(s)

Ronda J. Winnecour
        Movant
       vs.
No Repondents.

Case No.:19-24867

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-24867-CMB
Robert T. McSweeny  Chapter 13
Kristen A. McSweeny
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 30, 2025     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert T. McSweeny, Kristen A. McSweeny, 215 Partridge Run Road, Gibsonia, PA 15044-7925 |
| 15174899 | + | Mars Dental Specialists, 160 Brickyard Road, Mars, PA 16046-3070 |
| 15178977 | + | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Floor, Pittsburgh, PA 15222-1558 |
| 15174906 | + | PAAC Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |
| 15174913 | + | Straka & McQuone Inc, 1099 Ohio river Boulevard, Sewickley, PA 15143-2081 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | May 01 2025 00:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2025 00:20:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 01 2025 00:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15174885 | | Email/Text: paymentprocessing@avanteusa.com | May 01 2025 00:19:00 | AvanteUSA Ltd., 3600 South Gessner Road, Suite 225, Houston, TX 77063 |
| 15174883 | | Email/Text: bankruptcynotices@aarons.com | May 01 2025 00:20:00 | Aarons, Inc.*, 400 Galleria Pkwy SE STE 300, Atlanta, GA 30339-3182 |
| 15174884 | + | Email/Text: paymentprocessing@avanteusa.com | May 01 2025 00:19:00 | AvanteUSA Ltd., 3600 South Gessner, Houston, TX 77063-5184 |
| 15174888 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 00:35:09 | CC Holdings/CardMember Services, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 15174889 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 01:46:10 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15183610 | + | Email/Text: enotifications@santanderconsumerusa.com | May 01 2025 00:20:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15180990 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 00:34:48 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15174886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:52:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174887 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:34:06 | Capital One Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15176445 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:34:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 19-24867-CMB    Doc 77    Filed 05/02/25    Entered 05/03/25 00:31:29    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | | 28272-1083 |
| 15207570 | + Email/Text: bankruptcy@cavps.com | May 01 2025 00:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15174891 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 00:52:44 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15174890 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 01:46:10 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15174892 | + Email/Text: enotifications@santanderconsumerusa.com | May 01 2025 00:20:00 | Chrysler Capital, Po Box 961278, Fort Worth, TX 76161-0278 |
| 15174893 | Email/Text: documentfiling@lciinc.com | May 01 2025 00:19:00 | Comcast Cable Communications LLC, PO Box 3001, Southeastern, PA 19398-3001 |
| 15174895 | + Email/PDF: creditonebknotifications@resurgent.com | May 01 2025 00:34:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15174894 | + Email/PDF: creditonebknotifications@resurgent.com | May 01 2025 00:35:58 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15208833 | + Email/Text: kburkley@bernsteinlaw.com | May 01 2025 00:21:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15174896 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 01 2025 00:35:05 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15204842 | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2025 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15198504 | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 00:35:03 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15174898 | Email/Text: bk@lendmarkfinancial.com | May 01 2025 00:19:00 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 15174897 | Email/Text: bk@lendmarkfinancial.com | May 01 2025 00:19:00 | Lendmark Financial Services, 2118 Usher St., Covington, GA 30014 |
| 15185758 | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:36:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15210233 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 01 2025 00:34:03 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15174900 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 01 2025 01:11:11 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15174901 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 01 2025 00:53:04 | Midland Mortgage Company, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15174902 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 01 2025 01:10:30 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15174903 | + Email/PDF: bankruptcy_prod@navient.com | May 01 2025 00:34:07 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15174905 | + Email/PDF: cbp@omf.com | May 01 2025 01:11:06 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15174904 | + Email/PDF: cbp@omf.com | May 01 2025 01:46:16 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15174908 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:34:45 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15174909 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:53:07 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15183867 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:53:18 | Portfolio Recovery Associates, LLC, POB 12914, |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541 |
| 15198663 | | Email/Text: bnc-quantum@quantum3group.com | May 01 2025 00:20:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15198681 | | Email/Text: bnc-quantum@quantum3group.com | May 01 2025 00:20:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15174910 | + | Email/Text: enotifications@santanderconsumerusa.com | May 01 2025 00:20:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15174912 | + | Email/Text: bankruptcy@second-round.com | May 01 2025 00:20:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 15174911 | + | Email/Text: bankruptcy@second-round.com | May 01 2025 00:20:00 | Second Round, LP, 4150 Freidrich Lane, Austin, TX 78744-1052 |
| 15198260 | | Email/Text: BNCnotices@dcmservices.com | May 01 2025 00:20:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15177248 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 01 2025 00:35:05 | U.S. Department of HUD, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 15206823 | | Email/PDF: ebn_ais@aisinfo.com | May 01 2025 00:52:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15178980 | *+ | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Floor, Pittsburgh, PA 15222-1558 |
| 15174907 | *+ | PAAC Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Joint Debtor Kristen A. McSweeny chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| | |
|---|---|
| Christopher M. Frye | on behalf of Debtor Robert T. McSweeny chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |

TOTAL: 8