Certificate Number: 17082-PAW-DE-039671608

Bankruptcy Case Number: 19-24867



17082-PAW-DE-039671608

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2025, at 12:59 o'clock PM MST, ROBERT T MCSWEENY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 17, 2025                By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director