Certificate Number: 17082-PAW-DE-039671607

Bankruptcy Case Number: 19-24867



17082-PAW-DE-039671607

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2025, at 12:59 o'clock PM MST, KRISTEN A MCSWEENY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 17, 2025            By:   /s/Orsolya K Lazar

                               Name: Orsolya K Lazar

                               Title: Executive Director