IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT T. MCSWEENY
KRISTEN A. MCSWEENY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24867

Chapter 13

Document No.: 73

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **17th** day of **June**, 20**25**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/17/25 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24867-CMB |
| Robert T. McSweeny | Chapter 13 |
| Kristen A. McSweeny | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 17, 2025 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert T. McSweeny, Kristen A. McSweeny, 215 Partridge Run Road, Gibsonia, PA 15044-7925 |
| 15174899 | + | Mars Dental Specialists, 160 Brickyard Road, Mars, PA 16046-3070 |
| 15178977 | + | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Floor, Pittsburgh, PA 15222-1558 |
| 15174906 | + | PAAC Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |
| 15174913 | + | Straka & McQuone Inc, 1099 Ohio river Boulevard, Sewickley, PA 15143-2081 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Jun 18 2025 00:22:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2025 00:22:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 18 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15174885 | | Email/Text: paymentprocessing@avanteusa.com | Jun 18 2025 00:21:00 | AvanteUSA Ltd., 3600 South Gessner Road, Suite 225, Houston, TX 77063 |
| 15174883 | | Email/Text: bankruptcynotices@aarons.com | Jun 18 2025 00:22:00 | Aarons, Inc.*, 400 Galleria Pkwy SE STE 300, Atlanta, GA 30339-3182 |
| 15174884 | + | Email/Text: paymentprocessing@avanteusa.com | Jun 18 2025 00:21:00 | AvanteUSA Ltd., 3600 South Gessner, Houston, TX 77063-5184 |
| 15174888 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 18 2025 00:27:40 | CC Holdings/CardMember Services, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 15174889 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 18 2025 00:27:54 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15183610 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 18 2025 00:22:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15180990 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 18 2025 00:27:56 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15174886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:57:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174887 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:28:06 | Capital One Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15176445 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:27:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15207570 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2025 00:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15174891 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2025 00:28:04 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15174890 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2025 00:28:07 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15174892 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 18 2025 00:22:00 | Chrysler Capital, Po Box 961278, Fort Worth, TX 76161-0278 |
| 15174893 | | Email/Text: documentfiling@lciinc.com | Jun 18 2025 00:21:00 | Comcast Cable Communications LLC, PO Box 3001, Southeastern, PA 19398-3001 |
| 15174895 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 00:27:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15174894 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 00:27:12 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15208833 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 18 2025 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15174896 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 00:27:42 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15204842 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2025 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15198504 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2025 00:27:54 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15174898 | | Email/Text: bk@lendmarkfinancial.com | Jun 18 2025 00:21:00 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 15174897 | | Email/Text: bk@lendmarkfinancial.com | Jun 18 2025 00:21:00 | Lendmark Financial Services, 2118 Usher St., Covington, GA 30014 |
| 15185758 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 00:27:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15210233 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 18 2025 00:27:37 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15174900 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 18 2025 00:27:38 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15174901 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 18 2025 00:27:33 | Midland Mortgage Company, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15174902 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 18 2025 00:27:55 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15174903 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 18 2025 00:27:39 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15174905 | + | Email/PDF: cbp@omf.com | Jun 18 2025 01:20:10 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15174904 | + | Email/PDF: cbp@omf.com | Jun 18 2025 00:27:38 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15174908 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:27:59 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15174909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:27:55 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15183867 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:27:37 | Portfolio Recovery Associates, LLC, POB 12914, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541 |
| 15198663 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 00:22:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15198681 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 00:22:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15174910 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 18 2025 00:22:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15174912 | + | Email/Text: bankruptcy@second-round.com | Jun 18 2025 00:22:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 15174911 | + | Email/Text: bankruptcy@second-round.com | Jun 18 2025 00:22:00 | Second Round, LP, 4150 Freidrich Lane, Austin, TX 78744-1052 |
| 15198260 | | Email/Text: BNCnotices@dcmservices.com | Jun 18 2025 00:21:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15177248 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 00:27:42 | U.S. Department of HUD, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 15206823 | | Email/PDF: ebn_ais@aisinfo.com | Jun 18 2025 00:27:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15178980 | *+ | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Floor, Pittsburgh, PA 15222-1558 |
| 15174907 | *+ | PAAC Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Joint Debtor Kristen A. McSweeny chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 17, 2025 | Form ID: pdf900 | Total Noticed: 50 |

Christopher M. Frye
    on behalf of Debtor Robert T. McSweeny chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew Fissel
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 9